Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARRIAGE ROW OWNERS ASSOCIATION,<br><br>             Plaintiff,<br>   v.<br>FIREMANS FUND INSURANCE COMPANY, *et al.*,<br><br>             Defendants. | Case No. C17-898RAJ<br><br><br>MINUTE ORDER CONSOLIDATING CASES AND REQUIRING JOINT STATUS REPORT |
| CARRIAGE ROW OWNERS ASSOCIATION,<br><br>             Plaintiff,<br>   v.<br>COMMONWEALTH INSURANCE COMPANY OF AMERICA, *et al.*,<br><br>             Defendants. | Case No. C17-1500RAJ |
| CARRIAGE ROW OWNERS ASSOCIATION,<br><br>             Plaintiff,<br>   v.<br>ST. PAUL FIRE AND MARINE INSURANCE COMPANY,<br><br>             Defendant. | Case No. C18-37RAJ |

MINUTE ORDER - 1

| | |
|---|---|
| CARRIAGE ROW OWNERS ASSOCIATION,<br><br>Plaintiff,<br>v.<br>ALLSTATE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | Case No. C18-140RAJ |

The Clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

THIS MATTER has come before the Court on Plaintiff's Fed. R. Civ. P. 42(a)(2) Motion for Consolidation, and the Court having reviewed Plaintiff's motion, any opposition papers, and any reply papers, IT IS ORDERED that:

1. Plaintiff Carriage Row Owners Association's Motion for Consolidation is GRANTED.
2. The four related cases described in Plaintiff's motion (Case Nos. 2:17-cv-00898-RAJ, 2:17-cv-01500-RAJ, 2:18-cv-00037-RAJ, and 2:18-cv-00140-RAJ) shall be consolidated under Case No. 2:17-cv-00898-RAJ.
3. The case caption shall be amended to list all remaining defendants in alphabetical order: Allstate Insurance Company, Commonwealth Insurance Company of America, Eagle West Insurance Company, Firemans Fund Insurance Company, National Surety Corporation, QBE Specialty Insurance Company, St. Paul Fire and Marine Insurance Company, and State Farm Fire & Casualty Company.
4. The trial dates set forth in the Court's Orders Setting Trial Date and Related Dates entered in Case Nos. 2:17-cv-00898-RAJ, 2:17-cv-01500-RAJ, and 2:18-cv-00037-RAJ are hereby STRICKEN.

MINUTE ORDER - 2

5. No later than **APRIL 27, 2018**, the parties shall meet and confer and file a Joint Status Report with a new proposed trial date that is agreeable to all parties.

DATED this 9th day of April, 2018.

                                        WILLIAM M. McCOOL,
                                        Clerk of the Court

                                        */s/ Tomas Hernandez*
                                          Deputy Clerk

MINUTE ORDER - 3